UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IZEH MATTHEW,

                Plaintiff,

-against-

ARROW SECURITY, ET AL.,

                Defendants.

23-CV-5179 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the August 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 20, 2023
         New York, New York

                                                /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge